379 A.2d 597

Commonwealth v. Lockerman, Appellant.

Submitted December 6, 1976. Sebastian M. Rainone, and Rainone & Rainone, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 597

Commonwealth v. London, Appellant.

Submitted December 6, 1976. James Grayson London, Jr., appellant, *in propria persona* ; Ralph B. D'Iorio and D. Michael Emuryan, Assistant District Attorneys, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.